IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW L. WISEMAN, JR.
ADC #119319                                                              PETITIONER

v.                              No. 5:19-cv-73-DPM

WENDY KELLEY, Director, ADC                                              RESPONDENT

## ORDER

Motion, № 12, denied. The Court declined to issue a certificate of appealability; and nothing in Wiseman's new paper changes that conclusion. 28 U.S.C. § 2253(c). His motion for leave to proceed *in forma pauperis* on appeal, № 11, is therefore denied, too.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

24 July 2019